```
ERSKINE & TULLEY
A PROFESSIONAL CORPORATION
MICHAEL J. CARROLL (St. Bar #50246)
220 Montgomery Street, Suite 303
San Francisco, CA  94104
Telephone:  (415) 392-5431

Attorneys for Plaintiff
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORTHWEST ADMINISTRATORS, INC., )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>WEST COAST CONCRETE, etc., )<br>)<br>Defendant. )<br>_____) | NO.  C 05 4287 CRB<br><br>ORDER TO CONTINUE CASE<br>MANAGEMENT CONFERENCE |

IT IS ORDERED that the Case Management Conference in this case set for April 21, 2006 be continued to July 14, 2006 at 8:30 a.m. in Courtroom 8, 19th Floor, San Francisco, CA.

Dated: 04/12/06

Judge Charles R. Breyer

ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE